UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     HYNES, ISABELLE

Case No.: 18-20257
Chapter: 7
Judge: MBK

## NOTICE OF PROPOSED ABANDONMENT

__Barry R. Sharer__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton
Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st Floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan__ on __08/27/18__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __8__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
630 Cramer Ave., Burlington, NJ
Value: $78,000.00

Liens on property:    Bayview - $90,311.00

Amount of equity claimed as exempt: -0-

Objections must be served on, and requests for additional information directed to:

Name: /s/ Barry R. Sharer, Trustee
Address: 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043
Telephone No.: 856-435-3200

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-20257-MBK
Isabelle A. Hynes                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 2              Date Rcvd: Jul 23, 2018
                            Form ID: pdf905          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2018.
db            +Isabelle A. Hynes,   630 Cramer Avenue,   Beverly, NJ 08010-1008
517543424     +ARSI,   555 St. Charles Drive,   Suite 100,   Thousand Oaks, CA 91360-3983
517543425     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,   Attn: Bankruptcy Department,   PO Box 982236,
                El Paso, TX 79998-2236)
517543427      CBUSA/Sears Credit Cards,   Attn: Bankruptcy Dept,   PO Box 6282,   Sioux Falls, SD 57117-6282
517543428      Chase,   PO Box 15298,   Wilmington, DE 19850-5298
517543430     +Citi,   PO Box 790040,   Saint Louis, MO 63179-0040
517543429      Citi,   Attn: Bankruptcy Dept,   POB 6248,   Sioux Falls, SD 57117-6248
517543431     +Citi Diamond Preferred Card,   PO Box 6500,   Sioux Falls, SD 57117-6500
517543434     +Credit First NA- Firestone,   Attn:Bankruptcy Department,   PO Box 81315,
                Cleveland, OH 44181-0315
517543435     ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,   Attn: Bankruptcy Dept,   38 Fountain Square,
                Mail Drop 1Com65,   Cincinnati, OH 45263)
517543436      Firestone,   BK-16/Credit Operations,   PO Box 81410,   Cleveland, OH 44181-0410
517543440     +Peter Alfinito, Esq.,   1913 Greentree Road, Suite A,   Cherry Hill, NJ 08003-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 24 2018 00:10:56      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 24 2018 00:10:53      United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517543426     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 24 2018 00:11:18
                Bayview Loan Servicing, LLC,   4425 Ponce De Leon 5th Floor,   Coral Gables, FL 33146-1837
517543432     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 24 2018 00:10:35
                Comenity Bank/Capital/Boscov's,   Attn: Bankruptcy Department,   PO Box 182125,
                Columbus, OH 43218-2125
517543433      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 24 2018 00:10:35
                Comenity Capital Bank - Boscovs,   Attn: Bankruptcy Department,   PO Box 183043,
                Columbus, OH 43218-3043
517543437     +E-mail/Text: Banko@frontlineas.com Jul 24 2018 00:11:49      Frontline Asset Strategies, LLC,
                2700 Snelling Avenue, North,   Suite 250,   Roseville, MN 55113-1783
517543438     +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Jul 24 2018 00:11:52
                JH Portfolio Debt Equites, LLC,   5757 Phantom Drive,   Suite 225,   Hazelwood, MO 63042-2429
517543439      E-mail/Text: bnckohlsnotices@becket-lee.com Jul 24 2018 00:09:54      Kohl's Department Store,
                Attn: Bankruptcy Department,   PO Box 3043,   Milwaukee, WI 53201-3043
517543441     +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jul 24 2018 00:12:52      Regional Acceptance Corporation,
                PO Box 830913,   Birmingham, AL 35283-0913
517543442     +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jul 24 2018 00:12:52      Regional Acceptance Corporation,
                Attn: Bankruptcy Department,   1424 East Fire Tower Road,   Greenville, NC 27858-4105
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2018                               Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                 Page 2 of 2              Date Rcvd: Jul 23, 2018
                              Form ID: pdf905             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2018 at the address(es) listed below:
              Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer    CShapiro@SharerPBS.com,    BSharer@SharerPBS.com;nj83@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Fifth Third Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Fifth Third Bank rsolarz@kmllawgroup.com
              S. Daniel Hutchison    on behalf of Debtor Isabelle A. Hynes sdhteamlaw@outlook.com,
               backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawparal@outlook.com;r39026@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```